UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2009-4090

POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

Order Filed on
**3/14/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

    Kudirat T. Oniboure
    aka Kudirat Sajisu

Case No.:   11-10047-JHW

Hearing Date:  03/14/2011

Judge:  Honorable Judith H. Wizmur

Chapter:  7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 3/14/2011**

_Judith N. Wizmur_
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorney for U. S. Bank N. A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

    ☒ Real property more fully described as: 9 Box Turtle Lane, Gloucester Township, NJ

    ☐ Personal more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Judith H. Wizmur March  14, 2011*